CHARLOTTE COGLIATI v. ECCO HIGH FREQUENCY CORPORATION.

March 30, 1982.

Petition for certification granted.

IN THE MATTER OF THE SCHEDULE OF RATES FOR BARNERT MEMORIAL HOSPITAL.

March 30, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. JOHN DOUGAR.

March 30, 1982.

Petition for certification denied.

NATIONAL GRANGE MUTUAL INSURANCE COMPANY v. SUBURBAN TRANSIT CORPORATION.

March 30, 1982.

Petition for certification denied.